

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F.#2004R02728

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

September 27, 2010

<u>By Hand and ECF</u>

The Honorable Sterling Johnson, Jr.
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  Nigel Brown v. United States
            <u>Docket No. 10 CV 2641 (SJ)</u>

Dear Judge Johnson:

      The government writes to respectfully note one salient fact in petitioner's most recent submission in support of his Section 2255 motion.

      In that submission, petitioner responds to the government's papers showing that he falsely swore that he mailed his motion on March 28, 2010, a date within the statute's one-year filing limitation.  Petitioner states that he did, indeed, mail the motion within the one-year period, but now swears that he did so on March 23, 2010 — five days prior to the date he previously swore to.

      That petitioner can't keep his lies straight lends further support to the government's initial submission demonstrating that the defendant's motion was untimely.

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney

                    By:       /s/
                              Roger A. Burlingame
                              Assistant U.S. Attorney
                              (718) 254-6422

cc:  Nigel Brown (by Certified Mail)